1  Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
2  Attorneys at Law, LLP
100 Willow Plaza, Suite 300
3  Visalia, California  93291
Telephone:  (559) 636-0200
4

5  Attorneys for Defendant,
           EDISON SCHOOL DISTRICT
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  DANA WILLIAMS,                         Case No.:  1:10-CV-01006-LJO-JLT

12           Plaintiff,

13  v.                                     **STIPULATION AND ORDER
                                           REGARDING DATE FOR RESPONSE
14  EDISON SCHOOL DISTRICT,                TO COMPLAINT**

15           Defendant.

16

17

18        The parties, having met and conferred, do hereby stipulate, and request that

19  this Court orders, that Defendant may respond to the complaint in the above-

20  captioned matter on February 1, 2011.

21

22  DATED: January 31, 2011       THE LAW OFFICES OF JACOB M. WEISBERG

23

24                                By: /s/ Jacob M. Weisberg_____
                                      JACOB M. WEISBERG
25                                    Attorney for Plaintiff
                                      DANA WILLIAMS
26  ///

27  ///

28  ///

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

**STIPULATION AND ORDER REGARDING DATE FOR RESPONSE TO COMPLAINT**

1   DATED:  January 31, 2011       DOOLEY, HERR, PELTZER & RICHARDSON, LLP

2

3

                           By: /s/ Leonard C. Herr _____

4                                 LEONARD C. HERR,
                                Attorneys for Defendant

5                                 EDISON SCHOOL DISTRICT

6

7                            **\*\*\* ORDER \*\*\***

8

9

10   IT IS SO ORDERED.

11      Dated:  **January 31, 2011**             **/s/ Jennifer L. Thurston**

12                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**STIPULATION AND ORDER REGARDING DATE FOR RESPONSE TO COMPLAINT**