Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164
Alan J. Reinach, of counsel SBN 196899

Attorneys for Plaintiff:  DANA WILLIAMS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA WILLIAMS,<br><br>          Plaintiff,<br><br>   v.<br><br>EDISON SCHOOL DISTRICT,<br><br>          Defendants. | CASE NO.: 1:10-CV-01006-LJO-JLT<br><br>**PLAINTIFF'S STIPULATION TO AMEND SCHEDULING ORDER AND ORDER** |

IT IS STIPULATED BETWEEN THE PARTIES hereto that the Scheduling Order be amended to change the Non-Expert Discovery cut-off date from November 7, 2011, to March 9, 2012, the same date as the cut-off for Expert Discovery.  This change is requested because of on-going settlement discussions between the parties and the desire to minimize costs while the negotiations are going on.

All other dates in the Scheduling Order shall remain the same except for the Trial date which was changes from July 16, 2012 to July 24, 2012, by the Court in its Order of October 27, 2011.

Dated:  October 31, 2011				LAW OFFICES OF JACOB M. WEISBERG

						By: _____/s/ Jacob M. Weisberg_____
						     Jacob M. Weisberg, Attorney for Plaintiff
						     DANA WILLIAMS

-1-
**WILLIAMS v. Edison School District                        Stipulation to Amend Scheduling Order**

Dated:  October 31, 2011                         DOOLEY, HERR, PELTZER & RICHARDSON LLP

By /s/ Leonard C. Herr
   LEONARD C. HERR,
   Attorney for Defendant
   EDISON SCHOOL DISTRICT

## **ORDER**

Good cause appearing, the Scheduling Order issued on February 3, 2011 is **ORDERED** amended as follows:

1.   Non-expert discovery SHALL be completed no later than March 9, 2012;

2.   No other deadlines in the scheduling order are extended by this amendment.

3.   No further amendments to the scheduling order will be permitted absent a showing of exceptional good cause.

IT IS SO ORDERED.

Dated:  **November 3, 2011**                         **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE