IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA WILLIAMS, | CASE NO. CV F 10-1006 LJO JLT |
| Plaintiff, | **ORDER OF INTENT TO DISMISS AND CLOSE ACTION** |
| vs. | |
| EDISON SCHOOL DISTRICT, | |
| Defendant. | |

Review of the docket indicates that all claims in this action have been adjudicated, settled or abandoned. As such, this Court intends to dismiss any pending claims and to close this action unless, **no later than April 19, 2012**, papers are filed to identify the pending claims and plans to prosecute such claims and/or to show good cause why this case should not be closed.

IT IS SO ORDERED.

**Dated:   April 13, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1