Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for Defendant,
       EDISON SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>EDISON SCHOOL DISTRICT,<br><br>      Defendant. | Case No.:  1:10-CV-01006-LJO-JLT<br><br>**STIPULATION OF DISMISSAL;<br>ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

DATED: April 17, 2012    THE LAW OFFICE OF JACOB M. WEISBERG


                                      By:   /s/Jacob M. Weisberg
                                              JACOB M. WEISBERG
                                              Attorney for Plaintiff,
                                              DANA WILLIAMS

DATED: April17, 2012    DOOLEY, HERR, PELTZER & RICHARDSON, LLP


                                      By: /s/Leonard C. Herr
                                           LEONARD C. HERR,
                                           Attorneys for Defendant
                                           EDISON SCHOOL DISTRICT

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

**ORDER**

**Based on the parties' stipulation, this Court DISMISSES this entire action with prejudice, VACATES all pending matters and dates, including the May 31, 2012 pretrial conference and July 24, 2012 trial, and DIRECTS the clerk to close this action.**

IT IS SO ORDERED.

Dated:   **April 18, 2012**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**STIPULATION OF DISMISSAL; ORDER THEREON**